1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON COURTER, a minor, by CASSANDRA COURTER, his Guardian Ad Litem,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Civil No. 98-1236-LSP<br><br>ORDER FOR WITHDRAWAL OF FUNDS |

IT IS ORDERED that Cassandra Courter be permitted to withdraw the sum of Three Thousand dollars ($3,000.00) from the funds now on deposit in account number 177-0001153043-1 at Washington Mutual, 619 Sweetwater Road, San Diego, California 91977 in the name of Cassandra Courter, as trustee for Brandon Courter.

The funds withdrawn shall be used only for the costs of moving from Goldsboro, North Carolina to Gilbert Arizona, school registration in Gilbert, Arizona, and clothing and shoes for Brandon

\\
\\
\\

```
 1  Courter.
 2
 3  DATED:   June 5, 2007
 4
 5                                     _____
                                       Hon. Leo S. Papas
 6                                     U.S. Magistrate Judge
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```